UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:     GARY WAYNE DEAN
           PATRICIA JEANNE DEAN
           DEBTOR(S).                    CHAPTER: 13
_____/ CASE NO: 09-30724-PNS3

## NOTICE OF FILING FIRST AMENDED PLAN

COME(S) NOW, Debtor(s), by and through undersigned counsel, and

hereby give(s) notice of filing of the attached **FIRST AMENDED PLAN** herein.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA
Florida Bar Number:  394793
313 West Gregory Street
Pensacola, Florida 32502
(850) 438-6603
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing to LEIGH D. HART, TRUSTEE, PO Box 646, Tallahassee, FL 32302 and the Office of the U.S. TRUSTEE, 110 E. Park Avenue #128, Tallahassee, FL 32301 on the same date as reflected on the court's docket as the electronic filing date for this document.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA

# United States Bankruptcy Court
## Northern District of Florida

In re    Gary Wayne Dean
      Patricia Jeanne Dean                                    Case No.    09-30724
                                          Debtor(s)        Chapter    13

## CHAPTER 13 PLAN - FIRST AMENDED

1. **Payments to the Trustee:** The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of $1,026.00 per month for 60 months. The Debtor shall pay to the Trustee the tax refunds for ___2009 - 2013___ years.

   Total of base plan payments: ___$61,560.00___

2. **Plan Length:** The term of the plan is for ___60___ months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   **a.**    **Administrative Expenses/Priority Claims**

   (1) Trustee's Fee: As determined by the Attorney General of the United states.

   (2) Filing Fee (unpaid portion)

   (3) Priority Claims under 11 U.S.C. §507 - Domestic Support Obligations

   (a) Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

   (b) The name(s) of the holder of any domestic support obligation are as follows (11 U.S.C. §§ 101(14A) and 1302(b)(6)):

   -NONE-

   (c) Anticipated Domestic Support Obligation Arrearage Claims. Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2).

   | Creditor (Name) | Estimated arrearage claim |
   |---|---|
   | -NONE- | |

   (d) Pursuant to 11 U.S.C. §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

   Claimant and proposed treatment: ___-NONE-___

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

(4) Attorney's Fee (unpaid portion): NONE

Pursuant to Standing Order of this Court, the Debtor's attorney may seek additional fees of $75.00 upon the filing of the required annual statement each year. If the Plan is modified due to an increase in income shown on the annual statement, the Debtor's attorney may seek additional fees of $200.00. In either of these events, no further notice will be given to creditors.

(5) Other Priority Claims.

| Name | Amount of Claim | Interest Rate (If specified) |
| --- | --- | --- |
| -NONE- | | |

### b. Secured Claims

(1) Secured Debts Which Will Not Extend Beyond the Length of the Plan

(a) Secured Claims Subject to Valuation Under 11 U.S.C. §506. Each of the following secured claims shall be paid through the plan as set forth below, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim.

| Name | Proposed Total Amount of Allowed Secured Claim | Interest Rate (If specified) |
| --- | --- | --- |
| -NONE- | | |

(b) Secured Claims Not Subject to Valuation Under 11 U.S.C. §506. Each of the following claims shall be paid through the plan as set forth below until the amount of the claim as set forth below has been paid in full.

| Name | Amount of Secured Claim | Interest Rate (If specified) |
| --- | --- | --- |
| -NONE- | | |

(2) Secured Debts Which Will Extend Beyond the Length of the Plan

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
| --- | --- | --- | --- |
| -NONE- | | | |

### c. Unsecured Claims

General Nonpriority Unsecured: Unsecured debts shall be paid approximately __100__ cents on the dollar and paid pro rata.

5.  The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
| --- | --- | --- |
| -NONE- | | |

6.  The Debtor shall make regular payments directly to the following creditors:

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
| --- | --- | --- | --- |
| -NONE- | | | |

7.  The following executory contracts of the debtor are rejected:

| Other Party | Description of Contract or Lease |
| --- | --- |
| -NONE- | |

8.  Property to Be Surrendered to Secured Creditor for which the creditor shall be entitled to file a deficiency claim:

| Name | Amount of Claim | Description of Property |
| --- | --- | --- |
| Beneficial Finance | 42,796.06 | Location: 7374 Bain Drive, Milton FL<br>Liens 1st Mortgage Citi Mortgage, 2nd US Small<br>Business Administration<br>and 3rd Beneficial Finance |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| Name | Amount of Claim | Description of Property |
|---|---|---|
| CitiMortgage, Inc. | 166,626.00 | Location: 7374 Bain Drive, Milton FL<br>Liens 1st Mortgage Citi Mortgage, 2nd US Small<br>Business Administration<br>and 3rd Beneficial Finance |
| National Auto Finance Company<br>PPC/GMAC | 25,702.95 | 2008 Chrysler PT Cruiser<br>Location: 4424 Angie Lane, Pace FL<br>Lien National Auto Finance Co PPC |
| Pen Air Federal Credit Union | 56,329.57 | 2002 Intruder RV Good Condition<br>Location: 4424 Angie Lane, Pace FL<br>Lien to Pen Air FCU |
| Small Business Administration | 113,132.95 | Location: 7374 Bain Drive, Milton FL<br>Liens 1st Mortgage Citi Mortgage, 2nd US Small<br>Business Administration<br>and 3rd Beneficial Finance |

9.  Title to the Debtor's property shall revest in Debtor on confirmation of a plan unless otherwise provided in paragraph 11.

10. As used herein, the term "Debtor" shall include both debtors in a joint case.

11. Non-Standard Provisions (all non-standard provisions must be inserted in this paragraph).

12. Other Provisions:

Unsecured claims shall be paid interest to the extent available, if any. not to exceed 6%.

The provisions of paragraph 3 are not intended to modify the rights of the holders of any mortgages on any real property owned by Debtor. The terms of all notes and mortgages on Debtor's real property shall remain in full force and effect.

**PAYMENT OF THE FOREGOING ARREARAGES UNDER THIS PLAN SHALL CONCLUSIVELY CONSTITUTE PAYMENT OF ALL PRE-PETITION ARREARAGES.**

Pursuant to 11 U.S.C. §521(f)(4)(B) and Standing Order of this Court, the required annual statement as described shall be filed.

Date  October 2, 2009          Signature  /s/ Gary Wayne Dean
                                           Gary Wayre Dean
                                           Debtor

Date  October 2, 2009          Signature  /s/ Patricia Jeanne Dean
                                           Patricia Jeanne Dean
                                           Joint Debtor

ver 12/01/2008

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy